IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN - 8 2007

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| Plaintiff | § § | |
| v. | § § | CRIMINAL NO. B-05-755 |
| JORGE ENRIQUE CORONADO | § § § | |
| Defendants | § | |

### OPINION & ORDER

BE IT REMEMBERED that on January __, 2007, the Court considered Defendant's letter-motion dated November 21, 2006, requesting placement at the Federal facility at Three Rivers, Texas for serving his sentence. Dkt. No. 13.

Defendant seeks to serve his sentence at the Three Rivers facility to be closer to his family. The Court will make a recommendation to the Bureau of Prisons that Defendant be placed at said facility. However, the Court reminds Defendant that this is a recommendation only, and that the Court cannot decide where Defendant will be placed.

Based on the foregoing, the Court **GRANTS** Defendant's letter-motion requesting a recommendation for placement at the Three Rivers facility and **RECOMMENDS** that Defendant be placed at said facility. Dkt. No. 13.

DONE at Brownsville, Texas, this __ day of January, 2007.

Hilda G. Tagle
United States District Judge